

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRANS-VAC SYSTEMS, LLC, | § | No. 08-22-00232-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| HUDSON INSURANCE COMPANY, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022-DCV-0258) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and remanded in part. We affirm the trial court's order denying the motion to compel arbitration and remand to the trial court for further proceedings consistent with our opinion. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF JUNE 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, J., Soto, J.